Certificate Number: 03484-ILN-DE-025644959

Bankruptcy Case Number: 15-16471



03484-ILN-DE-025644959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2015, at 8:16 o'clock PM CDT, James T. Jordan completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Northern Illinois, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   June 2, 2015                          By:   _Shauna Fischer_

                                              Name:   Shauna Fischer

                                              Title:   Counselor