**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
James Jordan
372 Satinwood Terrace
Buffalo Grove, IL 60089
SSN: xxx–xx–7779 EIN: N.A.

Case No. :   15–16471
Chapter :   7
Judge :   A. Benjamin Goldgar

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312–408–5000.

                                              FOR THE COURT

Dated: July 23, 2015                          Jeffrey P. Allsteadt, Clerk
                                              United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
James Jordan  
    Debtor

Case No. 15-16471-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 1    Date Rcvd: Jul 23, 2015  
                  Form ID: definmgt    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2015.  
db          +James Jordan,    372 Satinwood Terrace,    Buffalo Grove, IL 60089-4603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2015 at the address(es) listed below:  
         Joseph E Cohen    jcohen@cohenandkrol.com,  
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com  
         Kathryn Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,  
         Kathryn.M.Gleason@usdoj.gov  
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
         Richard H Fimoff    on behalf of Debtor James Jordan rfimoff@rsplaw.com, fb@rsplaw.com  
         Terri M Long    on behalf of Creditor Specialized Loan Servicing LLC Courts@tmlong.com  
                                                               TOTAL: 5